FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 17 2024

TAMMY H. DOWNS, CLERK
By:_____
              DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**FOR AR KIDS**                                                                                       **PLAINTIFF**

v.                          Case No. 4:24-cv-00521-KGB

**TOWN OF ROSE BUD, ARKANSAS and**
**SHAWN GORHAM, MAYOR OF ROSE BUD**
**in this official capacity**                                                                         **DEFENDANTS**

## MOTION TO DISMISS

Come now Defendants TOWN OF ROSE BUD, ARKANSAS and SHAWN GORHAM, MAYOR OF ROSE BUD in this official capacity, by and through their attorneys, Lightle, Raney & Raney, LLP, by Donald P. Raney, and for their Motion to Dismiss the above styled proceeding state as follows, to-wit:

1. That the above styled proceeding was commenced on June 20, 2024, with the Plaintiff seeking a Temporary Restraining Order to enjoin the enforcement of Town of Rose Bud, Arkansas, Ordinance No 2024-03 which restricted the collection of ballot signatures at a festival known as Summerfest conducted by Defendant Town of Rose Bud to the confines of booths withing the festival grounds.

2. That this Court on June 20, 2024, entered an Order Granting a Temporary Restraining Order prohibiting the Defendants from enforcing the Ordinance pursuant to Federal Rule of Civil Procedure 65(b)(2) for a period of 14 days from the June 20th, 2024, order entry date.

3. That Plaintiff through its legal counsel advised the Court via an email on June 27, 2024, to Debra Williams Law Clerk for the Honorable Kristine G. Baker that the Plaintiff did not intend to move for the extension of the Temporary Restraining Order so said order was not extended by the Court.

4. The Defendant Town of Rose Bud, Arkansas, repealed Ordinance 2024-03 by city council action on October 14, 2024, by adopting Ordinance 2024-04 a copy of said repealing ordinance being attached hereto as Exhibit "A" to this motion which contained an Emergency Clause therein making the ordinance effective as of the adoption date.

5. That the Plaintiff has not sought the extension of the Court Temporary Retraining Ordinance and the Defendant has now repealed the ordinance in question so this proceeding should be dismissed.

**Wherefore**, Defendants TOWN OF ROSE BUD, ARKANSAS and SHAWN GORHAM, MAYOR OF ROSE BUD in this official capacity, by and through their attorneys, Lightle, Raney & Raney, LLP, by Donald P. Raney, request that the above styled proceeding be dismissed for the reasons set forth herein.

**TOWN OF ROSE BUD, ARKANSAS and**
**SHAWN GORHAM, MAYOR OF ROSE BUD**
**in this official capacity, Defendants**

**Lightle, Raney & Raney, LLP**
**Attorneys at Law**
**211 West Arch Ave.**
**Searcy, AR 72143**

By _____(signature)_____
Donald P. Raney
Ark. State Bar No. 76100

## CERTIFICATE OF SERVICE

      I, Donald P. Raney, do hereby certify that I have served a copy of the above and foregoing pleading upon John C. Williams, Attorney for Plaintiff For AR Kids, by placing a copy of same in the U. S. Mail, addressed to said attorney John C. Williams Arkansas Civil Liberties Union Foundation, Inc., 904 W. 2nd Street, Little Rock, AR 72201 or by forwarding a copy to said attorney via email to John@acluarkansas.org in accordance with Federal Rules of Civil Procedure on this 17th day of October, 2024.

                                                       */s/ Donald P. Raney*
                                                       **Donald P. Raney**

# BEFORE THE CITY COUNCIL OF THE CITY OF ROSE BUD, ARKANSAS

## ORDINANCE NO. 2024-04

### AN ORDINANCE REPEALING ORDINANCE 2024-03 ADOPTED JUNE 17, 2024, DECLARING AN EMERGENCY AND FOR OTHER PURPOSES.

**Whereas**, the City Council of the City of Rose Bud, Arkansas, adopted Ordinance 2024-03 on June 17, 2024, wanting to regulate solicitations by businesses and religious entities and political entities to a booth or rental spot selected and regulated by the City of Rose Bud, Arkansas, so such solicitations will not interfere or distract from the purpose of the events sponsored by the City of Rose Bud, Arkansas, and

Whereas, the City Council of the City of Rose Bud, Arkansas, now wants to repeal said Ordinance 2024-03.

**NOW THEREFORE BE IT ORDAINED BY THE ROSE BUD CITY COUNCIL:**

Section 1: That the City Council of Rose Bud, Arkansas, hereby repeals Ordinance 2024-03 adopted June 17, 2024.

Section 2: Emergency Clause-That there is a need repeal Ordinance 2024-03 dealing with the regulation of solicitations by any entities or persons at any event on the property of the City of Rose Bud, Arkansas, and therefore it being necessary for the city council to preserve the public peace, health, safety and welfare of the City of Rose Bud, Arkansas, an emergency is hereby declared so that this Ordinance shall be in full force and effect form and after its passage.

**PASSED AND ADOPTED** this 14th day of October, 2024.

_____
SHAWN GORHAM, MAYOR

ATTEST:

_____
ROBIN HILL, RECORDER

**EXHIBIT "A"**