IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FOR AR KIDS**                                                                                                               **PLAINTIFF**

**v.**                                        Case No. 4:24-cv-00521-KGB

**TOWN OF ROSE BUD, ARKANSAS,** *et al.*                                             **DEFENDANTS**

### ORDER

Before the Court is the parties' joint motion for dismissal (Dkt. No. 16). The parties represent that they have settled this case (*Id.*). As part of the settlement agreement, the parties agree the case should be dismissed with prejudice (Dkt. No. 16-1, ¶ 7). The parties also represent that the Court will retain jurisdiction to enforce the terms of this settlement agreement (*Id.*, ¶ 8). For good cause shown, the Court grants the parties' joint motion for dismissal (Dkt. No. 16). The case is dismissed with prejudice. The Court retains jurisdiction to enforce the terms of this settlement agreement.

So ordered this 16th day of January, 2026.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge